1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS BRENT FIELDS,                         No.  2:23-cv-02488-CKD P

12                  Plaintiff,

13         v.                                      ORDER

14   JEFFERY LYNCH, et al.,

15                  Defendants.

16

17         Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause

18   appearing, IT IS HEREBY ORDERED that:

19         1.  Plaintiff's motion for an extension of time (ECF No. 14) is granted; and

20         2.  Plaintiff is granted sixty days from the date of this order in which to file an amended

21   complaint.

22   Dated:  February 6, 2024

23                                                 _____

24                                                 CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE
25

26
     12/fiel2488.36
27

28

                                                   1