UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BRENT FIELDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-02488-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(Doc. Nos. 18, 20) |

　　　　Plaintiff Marcus Brent Fields is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 5, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's first amended complaint ("FAC") (Doc. No. 16) be dismissed for failure to state a claim. (Doc. No. 18.) In the findings and recommendations, the magistrate judge first found that plaintiff failed to properly plead an Eighth Amendment deliberate indifference claim, as he did not adequately allege that any defendant was subjectively aware that placing plaintiff in a double cell, with a cellmate that plaintiff alleges was a homosexual inmate with communicable diseases, would create a substantial risk of serious harm to plaintiff's health or safety. (Doc. No. 18 at 2.) The magistrate judge next concluded that, despite being previously

1

1 advised that supervisory liability is not a basis for a cause of action under § 1983, plaintiff once
2 again named the warden of the institution in question as a defendant without adding any
3 allegations that would link the warden to an act or omission that constituted a violation of
4 plaintiff's federal rights.  (*Id*. at 3.)  For these reasons, the magistrate judge concluded that the
5 FAC should be dismissed, without further leave to amend.  (*See id.*) ("It appears to the court that
6 further amendment of this case would be futile because the deficiencies have not been cured
7 despite being given prior leave to amend.")  Those pending findings and recommendations were
8 served on plaintiff and contained notice that any objections thereto were to be filed within
9 fourteen (14) days after service.  (*Id*. at 4.)  On August 16, 2024, plaintiff filed objections to the
10 pending findings and recommendations.  (Doc. No. 19.)

11  Plaintiff's objections are difficult to decipher, and the court is unable to discern on what
12 basis plaintiff objects to the pending findings and recommendations.[1]  (*Id*.)  Plaintiff does not
13 appear to respond to either of the grounds upon which the assigned magistrate judge found that
14 his FAC must be dismissed.  The court concludes that plaintiff has not articulated any basis upon
15 which the findings and recommendations should be rejected.

16  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has
17 conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the
18 undersigned concludes that the findings and recommendations are supported by the record and
19 proper analysis.

20  Accordingly,

21  1. The findings and recommendations issued on August 5, 2024 (Doc. No. 18) are
22  adopted in full;

23  2. Plaintiff's first amended complaint (Doc. No. 16) is dismissed, without leave to
24  amend;

---

[1] Plaintiff reiterates facts about his cellmate, who allegedly had various medical conditions and "was a homosexual" and "kept trying to tell [him] gay stories," among more graphic details. (Doc. No. 19 at 3.)  Plaintiff states that he unsuccessfully "tried to move" to a different cell, in part because plaintiff also suffered from various mental and physical health conditions.  (*Id.*)  Plaintiff also makes various statements in his objections about the canteen, personal care packages, and computer access.  (*Id*. at 2–3.)

3. Plaintiff's subsequent motion to appoint counsel and request law library access (Doc. No. 20) is denied as having been rendered moot by this order; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 18, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE