UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BRENT FIELDS,<br><br>                    Plaintiff,<br><br>       v.<br><br>J. MACOMBER, et al.,<br><br>                    Defendants. | No.  2:23-cv-2488-DAD-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in a civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff's amended complaint was dismissed without leave to amend and judgment entered on November 18, 2024.  Plaintiff filed a notice of appeal along with a request that the court appoint counsel to represent him on appeal.  ECF No. 25.  The filing of a notice of appeal divests this court of jurisdiction over the matter being appealed.  See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam).  Therefore, plaintiff's motion for the appointment of counsel is denied without prejudice to filing in the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 25) is denied without prejudice to filing in the Ninth Circuit Court of Appeals.

/////

/////

Dated:  December 9, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Th/fiel2488.31.new(2)