UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BRENT FIELDS, | No. 2:23-cv-2488 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983. Plaintiff's amended complaint was dismissed without leave to amend and judgment was entered on November 18, 2024. Plaintiff filed a notice of appeal along with a request that the court appoint counsel to represent him on appeal. (ECF No. 25.) Plaintiff then filed a further notice of appeal as to the denial of the request to appoint counsel and a further request to appoint counsel. (ECF No. 30.)

The filing of a notice of appeal divests this court of jurisdiction over the matter being appealed. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam). Plaintiff's further motion for the appointment of counsel is denied without prejudice to filing in the Ninth Circuit Court of Appeals.

////

1

1     For the reasons set forth above, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 30) is denied without prejudice to filing in the Ninth Circuit Court of Appeals.

Dated: January 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, fiel2488.31.new(3)